UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ALLENS, INC.,**
    Plaintiff, Counter-Defendant,
    Third-Party Plaintiff,

  v.                                    Case No. 12-C-0749

**LITTLE LADY FOODS, INC.,**
    Defendant, Counter-Plaintiff,

and

**MCCAIN FOODS USA, INC.,**
    Third-Party Defendant.

---

## ORDER

The plaintiff in this case, Allens, Inc., has filed for bankruptcy under Chapter 11. All parties agree that this case should be stayed pending completion of the Chapter 11 case. Accordingly, **IT IS ORDERED** that this case is **STAYED** until such time as Allens informs the court that the Chapter 11 case has ended.

Dated at Milwaukee, Wisconsin, this 30th day of January 2014.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge